UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00693-GNS

ENRIQUE ANTONIO GUILLEN GARCIA PETITIONER

v.

SAMUEL OLSON et al. RESPONDENTS

# ORDER

This matter is before the Court on the Petitioner's *pro se* Petition for Writ of Habeas Corpus (DN 1). In the Form I-213 (DN 7-2) attached to Respondent's Response to the Show Cause Order, the document notes that Petitioner was served with a Form I-286, but Respondents failed to include that form with their response. Because that form is pertinent to the resolution of the pending Petition, **IT IS HEREBY ORDERED** that Respondents shall file any Form I-286 for Petitioner **on or before November 18, 2026**. **If any document needs to be redacted, Respondents shall identify the legal basis or bases for the redaction and also file a motion for leave to seal with a copy of the unredacted document to that motion.**

**Greg N. Stivers, Judge**
**United States District Court**
November 17, 2026

cc: counsel of record
Petitioner, *pro se*